UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERTO LAZZU RIVERA, | ) | Civ. 12-4088-LLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | AMENDED ORDER DISMISSING |
| SHERIFF MILSTAD, | ) | COMPLAINT AND GRANTING |
| Minnehaha County Jail; | ) | EXTENSION OF TIME TO FILE |
| WARDEN YOUNG, | ) | APPEAL |
| Minnehaha County Jail; and | ) | |
| C/O'S STAFF MEMBERS, | ) | |
| Minnehaha County Jail, | ) | |
| | ) | |
| Defendants. | ) | |

The Court issued an order on August 17, 2012, dismissing Plaintiff's Eighth

Amendment claims against Defendants. Docket 12. The Court dismissed Plaintiff's civil rights

lawsuit on the grounds that the suit was barred by the limitations of 42 U.S.C. § 1983. *Id.* The

Court now amends that order to dismiss Plaintiff's claims pursuant to 28 U.S.C. §

1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

Plaintiff's claims are against county employees in their official capacities. Docket 1.

Consequently, the claims are construed as claims against Minnehaha County. *See Parrish v.

Ball*, 594 F.3d 993, 997 (8th Cir. 2010) (stating that a suit against a public official in his or her

official capacity is actually a suit against the entity for which the official is an agent). To

impose § 1983 liability on a local government body, a plaintiff must demonstrate that an

official policy or widespread practice of unconstitutional conduct resulted in a deprivation of

the plaintiff's constitutional rights. *Monell v. Dep't of Social Servs.*, 436 U.S. 658, 690–91

(1978). Because Plaintiff has not claimed that Defendants acted pursuant to an official Minnehaha County policy in allegedly failing to protect him from threats to safety, and because leaving a dust mop and other cleaning supplies in prison units does not amount to a widespread practice of unconstitutional conduct, the Court finds that Plaintiff has failed to state a claim upon which relief may be granted. It is therefore

ORDERED that Rivera's complaint is dismissed pursuant to 28 U.S.C. § 1915 because Rivera failed to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that Rivera's Motion for Extension on Good Cause for Delay (Docket 15) is granted.

IT IS FURTHER ORDERED that Rivera will have until October 10, 2012, to file his appeal to the United States Court of Appeals for the Eighth Circuit.

Dated this ___ day of September, 2012.

BY THE COURT:

LAWRENCE L. PIERSOL
UNITED STATES DISTRICT JUDGE

ATTEST:
JOSEPH HAAS, CLERK
BY:_____
DEPUTY

2